IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1438, | No. 4:19-CV-01438 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, *et al.*, | |
| Defendants. | |

## ORDER

**SEPTEMBER 30, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff John Doe 1438's motion for reconsideration (Doc. 112) is **DENIED**. The Court affirms its February 4, 2022 adoption of Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation and dismissal of Doe's Second Amended Complaint (Doc. 111). The Clerk of Court is directed to keep this case **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge